# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-08848-SVW<br>2:07-cr-00837-SJO | Date | December 3, 2021 |
|---|---|---|---|
| Title | Eduardo Robles v. People of the State of California | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**  IN CHAMBERS re BRIEFING SCHEDULE - Defendant/Petitioner's Motion to Vacate, Set Aside or Correct Sentence, pursuant to Title 28 USC 2255

The Court, having received Defendant/Petitioner's Motion to Vacate, Set Aside or Correct Sentence, pursuant to Title 28 USC 2255, hereby ORDERS the government to respond to no later than December 30, 2021.  The Court further ORDERS petitioner's reply shall be filed and served not later than January 31, 2022.

Hearing is set for February 7, 2022 at 1:30 p.m.

| | : | |
|---|---|---|
| Initials of Preparer | | PMC |